IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDWARD BUFORD,

   Plaintiff,

     v.

CITY OF ATLANTA, GA., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:06-CV-3089-TWT

## OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 13] of the Magistrate Judge recommending that the Defendants' Motion to Dismiss [Doc. 6] be GRANTED in part and DENIED in part. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' Motion to Dismiss [Doc. 6] is GRANTED in part and DENIED in part.

SO ORDERED, this 30 day of April, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Buford\r&r.wpd