IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDWARD BUFORD,

   Plaintiff,

     v.

CITY OF ATLANTA, GA., et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:06-CV-3089-TWT

ORDER

This is an employment discrimination action.  It is before the Court on the Report and Recommendation [Doc. 19] of the Magistrate Judge recommending granting the Defendants' Motion to Dismiss Counts II and IV of the First Amended Complaint [Doc. 15].   The Court approves and adopts the Report and Recommendation as the judgment of the Court.  The Plaintiff's Motion for Leave to file Second Amended Complaint [Doc. 22] is DENIED as untimely.

SO ORDERED, this 10 day of August, 2007.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\Buford\r&r2.wpd