IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

EDWARD BUFORD,

    Plaintiff,

      v.

CITY OF ATLANTA, GA., et al.,

    Defendants.

CIVIL ACTION FILE
NO. 1:06-CV-3089-TWT

## ORDER

This is an employment discrimination action.  It is before the Court on the
Report and Recommendation [Doc.  39] of the Magistrate Judge recommending
granting the Defendant's Motion for Summary Judgment [Doc. 30].  The Magistrate
Judge correctly found that Plaintiff had presented no evidence that the reason given
for Plaintiff's termination was a pretext for racial discrimination.  His assignment to
the Airport after his reinstatement was not retaliation.    The Court approves and
adopts the Report and Recommendation as the judgment of the Court.    The
Defendant's Motion for Summary Judgment [Doc.  30] is GRANTED.

T:\ORDERS\06\Buford\r&r3.wpd

SO ORDERED, this 25 day of February, 2008.


/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge